UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHINWE OKORIE, <br><br> Plaintiff, <br> v. <br><br> MEDTRONIC USA, INC. et al., <br><br> Defendants. | CASE NO. 2:25-cv-00863-LK <br><br> ORDER OF DISMISSAL OF DEFENDANT ALAN JOHNSON |

Pursuant to the parties' stipulated motion to dismiss, Dkt. No. 12, Plaintiff's claims against Defendant Alan Johnson are dismissed without prejudice and without costs or fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 22nd day of May, 2025.

*Lauren King*
Lauren King
United States District Judge